Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235 / Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
IREETA MORRIS

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| IREETA MORRIS, | ) Case No.: 10-cv-02052 |
| | ) |
| Plaintiff, | ) |
| | ) **VOLUNTARY DISMISSAL** |
| v. | ) |
| | ) |
| ACCOUNT SOLUTIONS GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, IREETA MORRIS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 3, 2010                                        KROHN & MOSS, LTD.


                                                                                    By:/s/Michael S. Agruss

                                                                                    Michael S. Agruss
                                                                                    Attorney for Plaintiff,
                                                                                    IREETA MORRIS

- 1 -

VOLUNTARY DISMISSAL