UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IREETA MORRIS, | 1:10-CV-02052 OWW SMS |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| ACCOUNT SOLUTIONS GROUP, LLC | |
| Defendants. | |

Pursuant to the notice of voluntary dismissal filed December 3, 2010 pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   December 14, 2010**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1